IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

**v.**                                                  Criminal No.: 1:19CR52

**ANTHONY A. SHUSTER, JR.,**
       **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 32.1(a)(6) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143(a)(1).

**DATED:** December 21, 2020

                                                      Respectfully submitted,
                                                      WILLIAM J. POWELL
                                                      United States Attorney

                                                      /s/ Stephen L. Vogrin
                                                      Stephen L. Vogrin
                                                      Assistant United States Attorney
                                                      1125 Chapline Street, Suite 3000
                                                      Wheeling, WV 26003
                                                      Telephone: (304) 232-0100